UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 08-01061-CJC(VBKx) | Date | September 28, 2009 |
|---|---|---|---|
| Title | Blair C. Hanloh v. Gemb Lending, et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|
| Michelle Urie | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**  (IN CHAMBERS) ORDER DISMISSING ACTION ON MOTION FOR WITHDRAWAL OF COMPLAINT

The Court deems plaintiff's motion for withdrawal of complaint filed on November 7, 2008 a request for dismissal under Rule 41(a)(1) and hereby orders this action dismissed without prejudice.

: 0

Initials of Preparer    mu